FILED

APR 26 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>         Plaintiff,                  )<br>                                      )<br>    vs.                               )<br>                                      )<br> CONCEPCION ROMERO,                   )<br>                                      )<br>         Defendant.                  )<br>_____) | No. 111-CR-00055 OWW<br><br>ORDER OF RELEASE |

  The above named defendant having been sentenced to continued supervision on April 25, 2011,

  IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: April 26, 2011



HONORABLE OLIVER W. WANGER

U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1